UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON BLINCOE,

          Plaintiff,

v.

THE BOEING COMPANY,

          Defendant.

No. C06-718MJP

ORDER GRANTING MOTION TO WITHDRAW AND GRANTING STAY

        This matter comes before the Court on Plaintiff's second formal request for an order permitting withdrawal of Plaintiff's counsel and staying the action. (Dkt. No. 32.) In March 2007, Plaintiff's counsel sought a stay of and withdrawal from this case. On March 22, 2007, the Court denied counsels' request to withdraw until new counsel had substituted and appeared. (Dkt. No. 28.) Since the Court's previous order, Plaintiff has terminated her counsel Karen Read, Lisa Johnston-Porter and Rober Taylor-Manning. (Dkt. No. 33, Blincoe Decl. ¶ 2.) Thus, Plaintiff's counsel renew their request to withdraw and for a stay while Plaintiff seeks local counsel. Defendant Boeing Company opposes the stay request. (Dkt. No. 43.) Having considered the parties' briefs, all documents submitted in support thereof, and the record herein, the Court GRANTS counsels' request to withdraw and ORDERS that this case be stayed for thirty days or until a notice of appearance on behalf of Plaintiff is filed, whichever occurs first.

        Plaintiff has fired her three attorneys — Karen Read, Lisa Johnston-Porter and Rober Taylor-Manning — as of April 11, 2007. Plaintiff has indicated that she is willing to proceed pro se until she

ORDER - 1

retains new local counsel. The Court therefore grants counsels' request that they be allowed to withdraw from this matter.

Plaintiff's counsel has provided the following contact information for Ms. Blincoe:

Sharon Blincoe
2823 S. Othello St.
Seattle, WA 98108
(206) 898-8152

If this information is not accurate, Ms. Blincoe must file a notice of change of address within five (5) days of this Order. As long as Ms. Blincoe is proceeding pro se, the Court expects her to keep the Court apprised of her current address and phone number. The phone number provided must be one from which Ms. Blincoe retrieves messages at least every twenty-four hours.

The Court also grants a short stay to give Ms. Blincoe time to find local counsel. The case will be stayed for thirty days, or until new counsel appears on Ms. Blincoe's behalf, whichever occurs first.

Defendant has also filed a motion to extend the discovery motion deadline (Dkt. No. 37) and a motion to compel (Dkt. No. 36). Defendant requests that the Court compel Plaintiff's attendance at her deposition. Defendant also requests an award of fees and costs for having to bring the motion to compel and for Plaintiff's failure to timely appear for her April 11, 2007, deposition. The Court is aware that Defendant noted Ms. Blincoe's deposition for May 4, 2007. If Ms. Blincoe did not appear for her May 4 deposition, it may be rescheduled. Ms. Blincoe must appear for her deposition within 45 days of this Order or sanctions will be imposed. Because sanctions are not warranted at this time, the Court DENIES Defendant's request for fees and costs. Defendant's other requests are now moot.

The clerk is directed to send copies of this order to all counsel of record and to Ms. Blincoe at the address listed above.

Dated this 7th day of May, 2007.

Marsha J. Pechman
United States District Judge

ORDER - 2