UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON BLINCOE,<br><br>           Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY,<br><br>           Defendant. | Case No. C06-718P<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF SHARON BLINCOE , and on behalf of DEFENDANT THE BOEING COMPANY in the amount of $2,320.40 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  DEPOSITION COSTS | $2,291.00 | 0 | $2,2 |

Clerk allowed as taxable costs those expenses incurred for depositions actually used by counsel in support of motion for summary judgment.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II.  COPY COSTS | $29.40 | 0 | $29.40 |

Dated this    22nd    day of OCTOBER, 2007 .

*Bruce Rifkin (signature)*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2